UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TODD M. JACK,

       Plaintiff,

v.                              Case No:  2:14-cv-723-FtM-38MRM

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER**[1]

    This matter comes before the Court on United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. #28) filed on December 30, 2015.  Judge McCoy recommends that the final decision of the Commissioner of Social Security be affirmed in part and reversed and remanded in part under 42 U.S.C. § 405(g).  Plaintiff filed Written Objections to the Court's Report and Recommendation (Doc. #29) on January 12, 2016, to which the Commissioner elected not to respond.  Thus, this matter is ripe for review.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  In the absence of specific objections, there is no

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file and upon consideration of Judge McCoy's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #28) over Plaintiff's objections.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #28) is **ACCEPTED AND ADOPTED** and the findings incorporated herein.

2. The Commissioner's decision is **REVERSED and REMANDED in part** for the Commissioner to reconsider Plaintiff's impairments to determine if he has a medically determinable impairment that is severe or a combination of impairments that are severe, and to continue in the sequential evaluation, if appropriate. As to the remaining issues raised, the Commissioner's decision is **AFFIRMED**.

3. The Clerk of Court is **DIRECTED** to enter judgment and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of February, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record