UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TODD M. JACK,

    Plaintiff,

v.                                Case No:  2:14-cv-723-FtM-38MRM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# ORDER[1]

This matter comes before the Court on Petitioner Todd M. Jack's Petition for the Continuance of the Complaint to Implement USA Federal Court Rule 62 filed on April 12, 2018.  (Doc. 38).  Jack, who appears *pro se*, moves the Court to enforce its Judgment (Doc. 31) under Federal Rule Civil Procedure 62 because of "the failure of the Social Security Administration Disability employees and subcontractors to comply with the rulings of this Court . . . and that of the 11th Circuit[.]"  (Doc. 38).

As best the Court can tell, Jack wants this Court to order the Commissioner of Social Security to pay him with disability benefits proportional to his previous government salary.  But neither this Court nor the Eleventh Circuit awarded Jack immediate payment of disability benefits.  (Doc. 30; Doc. 35).  Instead the Court reversed the Commissioner's denial of his application for disability insurance benefits and remanded for further

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

administrative proceedings on whether he has a medically determinable impairment that is severe (or a combination of impairments that are severe), and to continue in the sequential evaluation, if appropriate. At this point, the Court has sent the matter to the Commission of Social Security with instructions to address Jack's application for disability benefits. The Court understands that a year has passed since the case has been remanded and it expects the agency is working diligently to handle Jack's case and all other cases before it.

Accordingly, it is now

**ORDERED:**

Petitioner Todd M. Jack's Petition for the Continuance of the Complaint to Implement USA Federal Court Rule 62 (Doc. 38) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of April 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record